THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
James A. Stahl,       
Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina,       
 Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Jasper County
Luke N. Brown, Jr., Trial Judge
James E. Lockemy, Post-Conviction Relief Judge

Memorandum Opinion No. 2005-MO-028
Submitted May 24, 2005  Filed June 6, 2005

AFFIRMED

 
 
 
John D. Elliott, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Adrianne L. Turner, of the Office of the Attorney General, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).  The petition is denied on petitioners Question I.
Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on petitioners Question II and proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).  
Petitioners conviction and sentence are affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority: State v. Patterson, 324 S.C. 5, 482 S.E.2d 760 (1997); State v. Kelsey, 331 S.C. 50, 502 S.E.2d 63 (1998); State v. Tucker, 324 S.C. 155, 478 S.E.2d 260 (1996).  
AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.